| | |
|---|---|
| Harvey M. Moore, Bar No. 101128<br>The Moore Law Group,<br>A Professional Corporation<br>3710 S. Susan St., Ste 210<br>P.O. Box 25145<br>Santa Ana, CA 92799-5145<br>(800) 506-2652 | JS-6 |

Attorneys for Petitioners
SENSORDYNAMICS AG ENTWICKLUNGS –
UND PRODUKTIONSGESELLSCHAFT, and
FRAUNHOFER GESELLSCHAFT ZUR
FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SENSORDYNAMICS AG ENTWICKLUNGS – UND PRODUKTIONSGESELLSCHAFT, an Austrian corporation; and FRAUNHOFER GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V., an incorporated society,<br><br>       Petitioners,<br><br>  vs.<br><br>MEMSCO LLC, a California limited liability company,<br><br>       Respondent. | Case No. SACV08-00966 DOC(ANx)<br><br><br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED as follows:

1. Petitioners SensorDynamics AG Entwicklungs – UND Produktionsgesellschaft, and Fraunhofer-Gesellschaft Zur Förderung Der Angewandten Forschung E.V., as joint and several creditors, shall have and recover from Respondent MEMSCO LLC the sum of USD $185,000.

2. Petitioner SensorDynamics AG Entwicklungs – UND Produktionsgesellschaft shall have and recover from Respondent MEMSCO LLC the sum of EUR 451.15.

3. Petitioner Fraunhofer-Gesellschaft Zur Förderung Der Angewandten Forschung E.V.

shall have and recover from Respondent MEMSCO LLC the sum of EUR 793.24.

Dated:  September 16, 2008

_/s/ David O. Carter_____
Judge of the District Court

Submitted by:
The Moore Law Group

By:__/s/_____
Harvey M. Moore
Attorneys for Petitioners

2

Judgment